```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 06 B 04514
   RONALD L MARCHEWKA
   LORETTA L MARCHEWKA                    CHAPTER 13

                                          JUDGE: MANUEL BARBOSA
           Debtor
   SSN XXX-XX-0289    SSN XXX-XX-4335
```

---
### TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 04/23/06 and confirmed on 06/19/06.

2. The case was converted to Chapter 7 after confirmation, 07/05/2007.

3. The Debtor paid a total of $ 5926.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| SELECT PORTFOLIO SERVICI | CURRENT MORTG | .00 | .00 | .00 |
| SELECT PORTFOLIO SERVICI | MORTGAGE ARRE | .00 | 361.51 | .00 |
| GMAC PAYMENT CENTER | SECURED | 6717.03 | .00 | 5055.11 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 299.76 | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 1420.00 | .00 | 25.12 |
| DISCOVER BANK | UNSECURED | 5070.32 | .00 | 89.70 |
| FORD MOTOR CREDIT CORP | UNSECURED | 6236.86 | .00 | 110.34 |
| ECAST SETTLEMENT CORP | UNSECURED | 681.09 | .00 | .00 |
| B LINE LLC | UNSECURED | 2212.65 | .00 | 39.15 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 1290.22 | .00 | 22.83 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 6717.03 | .00 | 17210.90 | .00 | 23927.93 |
| PRINCIPAL PAID | 5055.11 | .00 | 287.14 | .00 | 5342.25 |
| INTEREST PAID | 361.51 | .00 | .00 | .00 | 361.51 |
| TOTAL PAID | 5416.62 | .00 | 287.14 | .00 | 5703.76 |

The Debtor's attorney, THOMAS W BYRNES                , was allowed $   1500.00
and was paid $   1500.00   direct and $       .00  through the plan.

The Trustee received $    222.24 .

Refunds to the Debtor totaled $       .00 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

Dated: 10/16/07 /S/
GLENN STEARNS
CHAPTER 13 TRUSTEE

PAGE 2
CASE NO. 06 B 04514 RONALD L MARCHEWKA & LORETTA L MARCHEWKA